BENJAMIN B. WAGNER
Acting United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  1:09-349 OWW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| GARETH HYLLA, | ) |
| Defendant. | ) |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kevin P. Rooney, Assistant United States Attorney, and James Homola, counsel for defendant have agreed that a Change of Plea hearing may be placed on the courts calendar on December 21, 2009, at 9:00 a.m.

///
///
///
///

1

```
Dated: December 14, 2009          /s/ Kevin P. Rooney
                                 KEVIN P. ROONEY
                                 Assistant U. S. Attorney


Dated: December 14, 2009          /s/ James Homola
                                 JAMES HOMOLA
                                 Attorney for Defendant
                                 LARRY DONNELL JONES
```

IT IS SO ORDERED.

**Dated:   December 15, 2009**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE