1  JAMES R. HOMOLA  #60244
   Attorney at Law
2  2950 Mariposa Street, Ste. 250
   Fresno, California 93721
3  Telephone: (559) 441-7111

4  Attorney for Defendant
   GARETH HYLLA

5



FILED

DEC 2 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA
                              * * * * *
8  UNITED STATES OF AMERICA,        |
                                    |
9        Plaintiff,                 |   CASE NO. 09-349 OWW
                                    |
10 vs.                              |
                                    |   ORDER FOR RELEASE
11 GARETH HYLLA,                    |
                                    |
12       Defendant.                 |
   _____/

13 BASED UPON the stipulation, in open court, of the parties, Kevin P.

14 Rooney, Assistant U.S. Attorney for the Government, and James R.

15 Homola for Defendantit is hereby ordered that GARETH HYLLA be

16 released forthwith, pending sentencing, upon the conditions that he

17 (1) shall not commit any violation of federal, state or local law

18 while on release; (2) shall immediately advise the court, defense

19 counsel and the U.S. Attorney, in writing, of any change of address

20 or telephone numbers; and (3) shall appear as directed at all

21

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

proceedings, and surrender for service of any sentence that may be imposed.

Date: 12/22/09

_____
Oliver W. Wanger, Judge
United States District Court

**James R. Homola**
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111