JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
GARETH HYLLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | Case No. 09-0349 OWW |
| vs. | |
| GARETH HYLLA | STIPULATION AND ORDER TO CONTINUE |
| Defendant. | |

Defendant GARETH HYLLA by and through his attorney James R. Homola, and the united States of America, by and through its attorney, KEVIN A ROONEY, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That the sentencing hearing scheduled for March 1, 2010 be continued to April 26, 2010 at 9:00 am.  The continuance is requested to permit the parties to complete preparations for sentencing.

DATED: February 25, 2010

/s/ James R. Homola              /S/ Kevin A. Rooney
JAMES R. HOMOLA                  KEVIN A. ROONEY
Attorney for Defendant           Assistant U.S. Attorney
GARETH HYLLA

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111

**ORDER**

**IT IS SO ORDERED.** The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:  February 25, 2010**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

James R. Homola
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111