```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
GARETH HYLLA
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 09-0349 OWW |
| vs. | |
| | STIPULATION AND |
| GARETH HYLLA | ORDER TO CONTINUE |
| Defendant. | |

Defendant GARETH HYLLA by and through his attorney James R. Homola, and the united States of America, by and through its attorney, KEVIN A ROONEY, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That the sentencing hearing scheduled for April 26, 2010 be continued to June 14, 2010 at 9:00 am.  The continuance is requested to permit the parties to complete preparations for

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

sentencing.

DATED: April 20, 2010

   /s/ James R. Homola             /S/ Kevin A. Rooney
JAMES R. HOMOLA                KEVIN A. ROONEY
Attorney for Defendant       Assistant U.S. Attorney
GARETH HYLLA

**ORDER**

**IT IS SO ORDERED.** The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

Dated:

IT IS SO ORDERED.

**Dated:　April 20, 2010**　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111